THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROBERT W. SEATON, Appellant.—

Close, P. J., Hagarty, Johnston, Adel and Lewis, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PHILIP SHERRY, Appellant.—

(Code Crim. Proc., § 517; *People* v. *Reed,* 276 N. Y. 5; *People ex rel. Hummel* v. *Trial Term,* 184 N. Y. 30; *People* v. *Walsh,* 172 App. Div. 266; *People* v. *Grout,* 166 App. Div. 220; *People* v. *Rutherford,* 47 App. Div. 209.) Close, P. J,. Hagarty, Johnston, Adel and Lewis, JJ., concur.